UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILLIAN MENDEZ, | No. 2:14-cv-2267 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

    Plaintiff's Request to Intervene (Docket No. 9) is hereby referred to the assigned magistrate judge for determination as to whether it affects the Findings and Recommendations (Docket No. 8) issued on December 17, 2014.

Dated: January 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1